734 A.2d 1279

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Landon TATE, Jr., Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Mark D. Waitlevertch, Meadville, Debra S. Higgins, Paoli, Paula C. DiGiacomo, for Com.

Bruce A. Barrett, Meadville, for Landon Tate, Jr.

Karl Baker, Philadelphia, for Amicus Curiae (Tate).

Gary Neil Asteak, Easton, for Amicus-Defender Ass'n.

Stefan Presser, Philadelphia, for ACLU.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Crawford County Court of Common Pleas dated October 22, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.